B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                    Case No. **13-15760 MER**

**Western Capital Partners LLC**          Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 154,751.00 | 2013 Gross Income to Date |
| 485,975.00 | 2012 Gross Income |
| 1,311,895.00 | 2011 Gross Income |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached List Of Payments** | | 0.00 | 0.00 |

None    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Don V. Bailey** <br> **C/O Triton Investment Company** <br> **7901 E Belleview Ave Ste 120** <br> **Englewood, CO  80111-6011** <br> **Member** | **11/15/12** | **193.34** | **0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Philadelphia Indemnity Insurance Company** <br> **vs.** <br> **Chicago Title Insurance Company and Western Capital Partners, LLC** <br> **Case No. 09CV7063** | **Insurance Claim** | **US District Court for the Northern District of Illinois Eastern Division** | **Appeal Pending** |
| **Western Capital Partners, LLC** <br> **vs.** <br> **Jackson Park Pinnacle Plaza, LLC, et al.** <br> **Case No. 07CH23740** <br> **Case No. 08CH06055** | **Foreclosure** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Richard J. Samson, Chapter 7 Trustee of the Bankruptcy Estate of Edra D. Blixseth** <br> **vs.** <br> **Western Capital Partners, LLC** <br> **Case No. 09-60452** <br> **Adversary Case No. 10-00094** | **Fraudulent Transfer** | **United States Bankruptcy Court for the District of Montana, Butte Division** | **Judgment Against Debtor** <br> **Appeal Pending** |
| **Atigeo LLC (f/k/a Azimyth LLC) and xPatterns, LLC** <br> **vs.** <br> **Richard J. Samson, Chapter 7 Trustee to the Estate of Edra Blixseth; Debtor, Edra Blixseth; Opspring LLC; Blxware LLC; Julie Barve; Matthew Crocker and Erik Bergsagel** <br> **and** <br> **Western Capital Partners, Third Party Plaintiff** <br> **vs.** | **Contract Dispute** | **United States Bankruptcy Court of the District of Montana, Butte Division** | **Pending** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Michael Sandoval, XPatterns,
LLC and Atigeo, LLC
Adversary Case No. 09-00105

| Western Capital Partners, LLC | Subpoena enforcement | United States Bankruptcy Court | Dismissed without |
|---|---|---|---|
| vs. | | for the Northen District of | prejudice |
| Edra D. Blixseth | | Georgia | |
| Case No. 13-502 | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Weinman & Associates, P.C.**<br>**730 17th St Ste 240**<br>**Denver, CO  80202-3506** | **4/9/13** | **25,000.00** |

---

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Grand Ranches, LLC**<br>**C/O Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br>**Related\*** | **6/30/11** | **Sold the Quartzite Note to Grand Ranches, LLC for face value of $1,598,307.50** |

**\*Entity owned by former members of Western Capital Partners**

| | | |
|---|---|---|
| **Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br>**Related\*** | **May 2011** | **Office equipment and supplies were**<br>**given to Triton Investment Company**<br>**Value: $5,000** |

**\*Entity owned by former members of Western Capital Partners**

---

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Guaranty Bank And Trust**<br>**1331 17th St**<br>**Denver, CO  80202-1566** | **Account No. xxxxxx5116** | **$16,806.00/March 2013**<br>**(transferred to another bank)** |
| **Guaranty Bank And Trust**<br>**1331 17th St**<br>**Denver, CO  80202-1566** | **Account No. xxxxxx5255** | **$0.00/March 2013** |

---

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1490 Lafayette Street, #304 and #306**<br>**Denver, CO  80218** | **Western Capital Partners, LLC** | **October 2009 - December 2010** |
| **7901 E. Belleview Ave., #120 and #250**<br>**Englewood, CO  80111** | **Western Capital Partners, LLC** | **December 2010 - present** |

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|------|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|
| **Western Serenity LLC** | 26-4129939 | **C/O Triton Investment Company 7901 E Belleview Ave Ste 120 Englewood, CO  80111-6011** | Real Estate | **1/29/09 - present** |
| **100% ownership interest** | | | | |
| **Western Dakota LLC** | 27-2944294 | **C/O Triton Investment Company 7901 E Belleview Ave Ste 120 Englewood, CO  80111-6011** | Real Estate | **6/28/10 - present** |
| **100% ownership interest** | | | | |
| **Western Golden LLC** | 45-4345715 | **C/O Triton Investment Company 7901 E Belleview Ave Ste 120 Englewood, CO  80111-6011** | Real Estate | **1/20/12 - present** |
| **100% ownership interest** | | | | |
| **Western Minturn LLC** | 26-4721288 | **C/O Triton Investment Company 7901 E Belleview Ave Ste 120 Englewood, CO  80111-6011** | Real Estate | **4/22/09 - present** |
| **100% ownership interest** | | | | |
| **Western Keystone LLC** | 27-2766740 | **C/O Triton Investment Company 7901 E Belleview Ave Ste 120 Englewood, CO  80111-6011** | Real Estate | **6/2/10 - present** |
| **100% ownership interest** | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Western Quartzite LLC** | **26-3668356** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **11/6/08 -**<br>**dissolved 9/5/12** |
| **99.5% ownership interest** | | | |
| **Western Ford LLC** | **27-3891798** | **C/O Triton Investment        Real Estate**<br>**Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **11/8/10 - present** |
| **100% ownership interest** | | | |
| **Denver Aviation Mgmt LLC** | **20-3870593** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **2/1/05** |
| **33.33% ownership interest.  No longer a member** | | | |
| **Western Pueblo LLC** | **74-3152233** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **10/14/05 -**<br>**Dissolved**<br>**2/26/08** |
| **99.5% ownership interest** | | | |
| **Western Brookhollow LLC** | **20-8360199** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **2/1/07 - dissolved**<br>**2/5/09** |
| **99.5% ownership interest** | | | |
| **Western Market LLC** | **20-5129533** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **6/2/06 - dissolved**<br>**6/10/09** |
| **99.5% ownership interest** | | | |
| **Western Devco LLC** | **26-0348186** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **5/17/07 -**<br>**dissolved 5/13/08** |
| **99.5% ownership interest** | | | |
| **Western Bear Creek LLC** | **26-1211755** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **10/12/07 -**<br>**dissolved 5/31/12** |
| **99.5% ownership interest** | | | |
| **Western Taylor LLC** | **26-2832328** | **C/O Triton Investment Compan7 Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **5/14/07 -**<br>**dissolved 5/13/08** |
| **99.5% ownership interest** | | | |
| **FRFWCP LLC** | **27-0983908** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **9/23/09 -**<br>**delinquent as of**<br>**1/31/13** |
| **50% ownership interest** | | | |
| **Western Pleasant Valley LLC** | **20-4144812** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **1/18/06 -**<br>**dissolved 2/4/09** |
| **99.5% ownership interest** | | | |
| **Western Belleview LLC** | **26-2017291** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **2/21/08 -**<br>**dissovled 2/4/09** |
| **99.5% ownership interest** | | | |
| **Western Rancho Mirage LLC** | **27-0170377** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **5/13/09 -**<br>**delinquent as of**<br>**9/30/12** |
| **99.5% ownership interest** | | | |
| **Western Daybreak Ridge LLC** | **84-1485904** | **C/O Triton Investment Company Real Estate**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **5/12/08 -**<br>**dissovled 5/6/09** |

**100% ownership interest**

| Montana Holding Company LLC | 26-4470149 | C/O Triton Investment Company Real Estate<br>7901 E Belleview Ave Ste 120<br>Englewood, CO  80111-6011 | 3/17/09 - present |
|---|---|---|---|

**100% ownership interest**

| Western Telluride LLC | 27-1240217 | C/O Triton Investment Company Real Estate<br>7901 E Belleview Ave Ste 120<br>Englewood, CO  80111-6011 | 11/3/09 - present |
|---|---|---|---|

**100% ownership interest**

---

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☐

NAME

ADDRESS

**Western Serenity LLC**                    **C/O Triton Investment Company**
                                            **7901 E Belleview Ave Ste 120**
                                            **Englewood, CO  80111-6011**

**100% ownership interest**

**Western Dakota LLC**                       **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**100% ownership interest**

**Western Golden LLC**                       **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**100% ownership interest**

**Western Minturn LLC**                      **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**100% ownership interest**

**Western Keystone LLC**                     **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**100% ownership interest**

**Western Quartzite LLC**                    **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**99.5% ownership interest**

**Western Ford LLC**                         **C/O Trition Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**100% ownership interest**

**Western Pueblo LLC**                       **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**99.5% ownership interest**

**Western Brookhollow LLC**                  **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**99.5% ownership interest**

**Western Market LLC**                       **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

**99.5% ownership interest**

**Western Devco LLC**                        **C/O Triton Investment Company**
                                             **7901 E Belleview Ave Ste 120**
                                             **Englewood, CO  80111-6011**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**99.5% ownership interest**
**Western Bear Creek LLC**                    **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**99.5% ownership interest**
**Western Taylor LLC**                        **C/O Triton Investment Compan7**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**99.5% ownership interest**
**FRFWCP LLC**                                **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**50% ownership interest**
**Western Pleasant Valley LLC**               **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**99.5% ownership interest**
**Western Belleview LLC**                     **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**99.5% ownership interest**
**Western Rancho Mirage LLC**                 **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**99.5% ownership interest**
**Western Daybreak Ridge LLC**                **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**100% ownership interest**
**Montana Holding Company LLC**               **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**100% ownership interest**
**Western Telluride LLC**                      **C/O Triton Investment Company**
                                              **7901 E Belleview Ave Ste 120**
                                              **Englewood, CO  80111-6011**

**100% ownership interest**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the ☐ keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED
**Triton Investment Company**                 **Contract accountant - various reporting periods**
**7901 E Belleview Ave Ste 120**
**Englewood, CO  80111-6011**

**EKS&H**                                     **Contract Financial Consultant (year-end financial statements and tax**

7979 E Tufts Ave Ste 400                          returns)
Denver, CO  80237-2521

---

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐   and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**EKS&H**
**7979 E Tufts Ave Ste 400**
**Denver, CO  80237-2521**

---

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐   debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Triton Investment Company**
**7901 E Belleview Ave Ste 120**
**Englewood, CO  80111-6011**

---

None   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
☐   the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Guaranty Bank And Trust**<br>**1331 17th St**<br>**Denver, CO  80202-1566** | **Quarterly and upon request** |
| **First Western Trust Bank**<br>**1200 17th St**<br>**Denver, CO  80202-5835** | **6/13/11** |
| **Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204** | **4/4/12, Quarterly and upon request** |
| **Collegiate Peaks Banks**<br>**885 S Colorado Blvd**<br>**Denver, CO  80246-8006** | **12/31/12 and Quarterly** |
| **Marshall & Isley Bank**<br>**651 Nicollet Mall Ste 525**<br>**Minneapolis, MN  55402-1634** | **6/13/11** |
| **Northern Trust Bank**<br>**1573 Market St**<br>**Denver, CO  80202-1607** | **Unknown** |
| **First National Bank Of Santa Fe**<br>**1800 Glenarm Pl**<br>**Denver, CO  80202-3828** | **Unknown** |
| **Vectra Bank Of Colorado**<br>**2000 S Colorado Blvd**<br>**Denver, CO  80222-7900** | **Unknown** |
| **Rockwell Fund, Inc.**<br>**770 S Post Oak Ln Ste 525**<br>**Houston, TX  77056-6660** | **Various dates** |
| **Turno, LLC**<br>**PO Box 5272**<br>**Denver, CO  80217-5272** | **Various dates** |
| **Pregulman Bond**<br>**PO Box 5521**<br>**Denver, CO  80217-5521** | **various dates** |
| **Ralph Klomp**<br>**6885 S University Blvd**<br>**Centennial, CO  80122-1514** | **Various dates** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Jeffrey D. Adams**<br>**1389 Green Oaks Dr**<br>**Greenwood Village, CO  80121-1330** | **Member** | **10.819780** |
| **PAR Limited Liability Company**<br>**C/O Hatch Ray Olsen Sandberg, LLC**<br>**730 17th St Ste 200**<br>**Denver, CO  80202-3506** | **Member** | **12.509619** |
| **VBD Limited Liability Company**<br>**C/O Hatch Ray Olsen Sandberg, LLC**<br>**730 17th St Ste 200**<br>**Denver, CO  80202-3506** | **Member** | **45.143616** |
| **WL Family Trust**<br>**C/O William S. Lyons, Jr.**<br>**6005 S. Race Court**<br>**Littleton, CO  80121-0000** | **Member** | **31.526965** |

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☐  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| **Rick A. Pederson**<br>**C/O Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **4/10/13** |
| **Resigned as a director** | |
| **Jeffrey D. Adams**<br>**1389 Green Oaks Dr**<br>**Greenwood Village, CO  80121-1330** | **4/10/13** |
| **Resigned as a director** | |
| **William S. Lyons, Jr.**<br>**7901 E Belleview Ave Ste 250**<br>**Englewood, CO  80111-6011** | **4/10/13** |
| **Resigned as a director and an officer** | |
| **Don V. Bailey**<br>**C/O Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **4/10/13** |
| **Resigned as an officer** | |

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **April 24, 2013**                    Signature: ***/s/ Jeffrey D. Adams***

                    **Jeffrey D. Adams, President Of Manager Of Debtor**
                                                                    Print Name and Title

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Western Capital Partners LLC**
Exhibit 8  (Payments to Creditors totaling more than $5,475)

| Name and Address of Creditor | Dates of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| **Collegiate Peaks Bank** | | | |
| 885 S Colorado Blvd | | | |
| Denver, CO 80246 | 1/6/2013 | 9,424.86 | 1,990,000.00 |
| | 2/6/2013 | 9,424.86 | 1,990,000.00 |
| | 3/6/2013 | 8,512.78 | 1,990,000.00 |
| | 4/6/2013 | 9,424.86 | 1,990,000.00 |
| | | 36,787.36 | (A) |
| **Community Banks of Colorado** | | | |
| 5570 DTC Parkway | | | |
| Greenwood Vilalge, CO 80111 | 1/1/2013 | 10,103.48 | 2,333,267.88 |
| | 2/1/2013 | 7,970.13 | 2,333,267.88 |
| | 3/4/2013 | 7,259.06 | 2,333,267.88 |
| | 4/4/2013 | 8,036.79 | 2,333,267.88 |
| | | 33,369.46 | 2,333,267.88 |
| **Fox Rothschild LLP** | | | |
| 1800 Centruy Park East | | | |
| Ste 300 | | | |
| Los Angeles, CA 90067-1506 | 1/2/2013 | 3,800.78 | 43,181.65 |
| | 1/21/2013 | 5,000.00 | 38,181.65 |
| | 2/22/2013 | 5,000.00 | 39,673.94 |
| | 3/21/2013 | 5,044.82 | 38,673.94 |
| | | 18,845.60 | 38,673.94 |
| **Hatch Ray Olsen LLC** | | | |
| 730 Seventennth Street | | | |
| Ste 200 | | | |
| Denver, CO 80202 | 1/17/2013 | 4,447.00 | 44,127.98 |
| | 1/21/2013 | 1,411.48 | 42,716.50 |
| | 2/14/2013 | 7,463.63 | 62,847.21 |
| | 2/15/2013 | 5,377.58 | 57,469.63 |
| | 3/8/2013 | 7,918.65 | 82,311.63 |
| | 4/3/2013 | 643.38 | 82,311.63 |
| | 4/3/2013 | 174.29 | 82,311.63 |
| | | 27,436.01 | 82,311.63 |
| **Strauss & Mark LLP** | | | |
| 135 Revere Drive | | | |
| Northbrook, IL 60062 | 2/21/2013 | 3,100.00 | - |
| | 4/3/2013 | 5,326.00 | - |
| | | 8,426.00 | - |
| **Triton Investment Company** | | | |
| 7901 E Belleview Ave., Ste 120 | | | |
| Englewood, CO 80111 | 2/21/2013 | 2,500.00 | - |
| | 3/8/2013 | 2,500.00 | - |
| | 3/21/2013 | 2,500.00 | - |
| | | 7,500.00 | - |

(A)  This note was sold at face value to CPB Lending LLC on 4/9/13

# United States Bankruptcy Court
## District of Colorado

**IN RE:**                                       Case No. **13-15760 MER**

**Western Capital Partners LLC**                    Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 345,000.00 | | |
| B - Personal Property | Yes | 3 | $ 17,389,847.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 12,675,183.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 34,219,331.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 20 | $ 17,734,847.00 | $ 46,894,515.26 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Western Capital Partners LLC**                                    Case No. **13-15760 MER**
_____                          _____
                    Debtor(s)                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **53.50 Acres of Vacant Land**<br>**Northeastern cornder of Lowetown Road and Interstate 20/59 in Bessemer, Jefferson County, Alabama**<br>**(Market Value - appraised 12/19/11)** | | | **345,000.00** | **190,177.94** |
| | | **TOTAL** | **345,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Western Capital Partners LLC**                                    Case No. **13-15760 MER**
_____                              _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Community Banks of Colorado - Restricted Pledged Account #0056** | | 17,478.00 |
| | | **Community Banks of Colorado -Operating Account #2316** | | 1,589.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Pre-paid expenses** | | 20,557.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Montana Holding Company, LLC - 100% ownership** | | 0.00 |
| | | **Sanctuary at Keystone, LLC - Profits Interest** | | unknown |
| | | **Western Dakota, LLC - 100% ownership** | | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Western Capital Partners LLC** _____ Case No. **13-15760 MER**

Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (liabilities exceed value) | | |
| | | **Western Ford, LLC - 100% ownership** (liabilities exceed value) | | 0.00 |
| | | **Western Golden, LLC - 100% ownership** (liabilities exceed value) | | 0.00 |
| | | **Western Keystone, LLC - 100% ownership** (liabilities exceed value) | | 0.00 |
| | | **Western Minturn, LLC - 100% ownership** (liabilities exceed value) | | 0.00 |
| | | **Western Serenity, LLC - 100% ownership** (liabilities exceed value) | | 0.00 |
| | | **Western Telluride, LLC - 100 % ownership** (liabilities exceed value) | | 0.00 |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Various trade receivables** | | 223.00 |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Chicago Title Insurance Corporation.  Judgment for $500,000.  This is on appeal.  Proceeds, if any, secured to HAP Lending.** | | unknown |
| | | **The "Blixseth Family Investments (BFI) Claims" acquired through UCC foreclosure sales of collateral held by Western Capital Partners.  Western Capital Partner's interest is 60% of BFI.  BFI seeks to collect on a Promissory Note in the original principal amount of $35,000,000.  Estimated value for Debtor's interest is $7,000,000.  Debtor's entitlement to pursue this claim is in litigation in the Montana Bankruptcy Court and currently on appeal.** | | 7,000,000.00 |
| | | **The "Sandoval Claims" acquired through UCC foreclosure sales of collateral held by Western Capital Partners.  Value exceeds $10,000,000.  Debtor's entitlement to pursue this claim is in litigation in the Montana Bankruptcy Court and currently on appeal.** | | 10,000,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                          Case No. **13-15760 MER**
_____                    _____
Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Claim in the Bankruptcy Estate of Edra Blixseth, Case No. 09-60452-7, District of Montana. The Montana Bankruptcy Court allowed Western Capital Partners a claim in the amount of $6,746,105.08 however Western Capital Partners believes the claim is substantially greater than the allowed amount and has appealed the judgment.** | | **unknown** |
| | | **Promissory Note relating to property in Chicago, Illinois. (Ridgeland Note). Multiple borrowers. Orginal principal amount of $2,775,000. Current value is believed to be $350,000.** | | **350,000.00** |
| | | **Promissory note relating to property in Madison County, Montana. (Yellowstone Mountain Note). Original principal amount of $13,065,000. Multiple borrowers. Current value is probably zero.** | | **unknown** |

TOTAL     **17,389,847.00**

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Western Capital Partners LLC**                                    Case No. **13-15760 MER**
_____                              _____
                        Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* _Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Western Capital Partners LLC**                                Case No. **13-15760 MER**
_____                        _____
                        Debtor(s)                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | X | | **July 24, 2012**<br>**Financing on underlying Ridgeland note**<br><br><br>VALUE $ **350,000.00** | | | | 1,171,684.74 | 821,684.74 |
| ACCOUNT NO.<br><br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | X | | **July 24, 2012**<br>**Financing on underlying Habshey note**<br><br><br>VALUE $ **345,000.00** | | | | 190,177.94 | |
| ACCOUNT NO.<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | X | | June 30, 2012<br>Second Deed of Trust on property owned by Western Telluride LLC (Telluride Times) located at 224 E. Colorado Ave., Telluride, CO<br><br>**For purpose of disclosure, Debtor is showing this creditor as secured.  However, this creditor does not have a lien against** | | | | 627,874.34 | 603,870.02 |
| ACCOUNT NO. | | | property owned by Debtor but rather owned by Western Telluride, LLC, an entity in which Debtor has an interest.  This is done so that the creditors may gain an understanding of the debt structure of the owned entities and the underlying value of the entity's property.<br><br>VALUE $  **1,869,301.00** | | | | | |

_____**3**_____ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **1,989,737.02** | $ **1,425,554.76** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                                      Case No. **13-15760 MER**
_____
Debtor(s)                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Choke Holdings, LLC** 7901 E Belleview Ave Ste 120 Englewood, CO  80111-6011 | X | | June 30, 2012 Second Deed of Trust on Western Dakota LLC located at AW0280 Hornsby Anderson Mill Road, Austion, TX in Williamson and Round Rock Counties, TX  For purpose of disclosure, Debtor is showing this creditor as secured.  However, this creditor does not have a lien against | | | | 315,528.54 | 172,837.53 |
| ACCOUNT NO. | | | property owned by Debtor but rather owned by Western Dakota, LLC, an entity in which Debtor has an interest.  This is done so that the creditors may gain an understanding of the debt structure of the owned entities and the underlying value of the entity's property.  VALUE $ **2,800,000.00** | | | | | |
| ACCOUNT NO. **3307** **Community Banks Of Colorado** 7900 E 1st Ave Denver, CO  80230-7204 | X | | May 31, 2010 First Deed of Trust on property owned by Western Telluride LLC (Telluride Times) located at 224 E. Colorado Ave., Telluride, CO and 21 S. Glasgow Ave., Rico, CO  For purpose of disclosure, Debtor is showing this creditor as secured.  However, this creditor does not have a lien against | | | | 1,845,296.68 | |
| ACCOUNT NO. | | | property owned by Debtor but rather owned by Western Telluride, LLC, an entity in which Debtor has an interest.  This is done so that the creditors may gain an understanding of the debt structure of the owned entities and the underlying value of the entity's property.  VALUE $ **1,869,301.00** | | | | | |
| ACCOUNT NO. **3315** **Community Banks Of Colorado** 7900 E 1st Ave Denver, CO  80230-7204 | X | | August 1, 201 First Deed of Trust on property owned by Western Dakota, LLC located at AW0280 Hornsby Anderson Mill Rd., Austin, TX  For purpose of disclosure, Debtor is showing this creditor as secured.  However, this creditor does not have a lien against | | | | 2,657,308.99 | |
| ACCOUNT NO. | | | property owned by Debtor but rather owned by Western Telluride, LLC, an entity in which Debtor has an interest.  This is done so that the creditors may gain an understanding of the debt structure of the owned entities and the underlying value of the entity's property.  VALUE $ **2,800,000.00** | | | | | |

Sheet no. _____**1**__ of ___**3**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **4,818,134.21** | $ **172,837.53** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                                    Case No. **13-15760 MER**
_____
Debtor(s)                                                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3316** <br><br> **Community Banks Of Colorado** <br> **7900 E 1st Ave** <br> **Denver, CO  80230-7204** | X | | **August 1, 2010** <br> **First Deed of Trust on vacant land in Jefferson County, CO, property owned by Western Golden, LLC** <br><br> **For purpose of disclosure, Debtor is showing this creditor as secured.  However, this creditor does not** | | | | **1,008,770.93** | **453,770.93** |
| ACCOUNT NO. | | | **have a lien against property owned by Debtor but rather owned by Western Golden, LLC, an entity in which Debtor has an interest.  This is done so that the creditors may gain an understanding of the debt structure of the owned entities and the underlying value of the entity's property.** <br><br> VALUE $  **555,000.00** | | | | | |
| ACCOUNT NO. **3317** <br><br> **Community Banks Of Colorado** <br> **7900 E 1st Ave** <br> **Denver, CO  80230-7204** | X | | **August 19, 2010** <br> **First Deed of Trust on property located in Paddock Hills Subdivision in Lake County, Florida owned by Western Serenity, LLC.** <br><br> **For purpose of disclosure, Debtor is showing this creditor as secured.  However, this creditor does not have a lien against** | | | | **1,772,833.94** | **497,833.94** |
| ACCOUNT NO. | | | **property owned by Debtor but rather owned by Western Serenity, LLC, an entity in which Debtor has an interest.  This is done so that the creditors may gain an understanding of the debt structure of the owned entities and the underlying value of the entity's property.** <br><br> VALUE $  **1,275,000.00** | | | | | |
| ACCOUNT NO. **3303** <br><br> **Community Banks Of Colorado** <br> **7900 E 1st Ave** <br> **Denver, CO  80230-7204** | X | | **January 21, 2009** <br> **Secured Loan secured by account** <br><br><br> VALUE $ **17,478.00** | | | | **2,333,267.88** | **2,315,789.88** |
| ACCOUNT NO. <br><br> **Community Banks Of Colorado** <br> **7900 E 1st Ave** <br> **Denver, CO  80230-7204** | | | **Community Banks of Colorado has cross-collateral provisions in all of its Deeds of Trust and this will undoubtedly affect the perceived equity that may exist for any junior lienholder in any property.  It is believed that collectively there may be no equity beyond the first Deeds of trust held by Community Banks of** | | | | **unknown** | |

Sheet no. _____**2** of _____**3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **5,114,872.75** | $ **3,267,394.75** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Western Capital Partners LLC      Case No. **13-15760 MER**

Debtor(s)            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Colorado in any of the properties owned by any of the entities because a deficiency in one property may result in increased indebtedness being owed with respect to other properties. Necessarily, these schedules cannot calculate uncertain future events. | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**HAP Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | X | | **September 14, 2012**<br>**Payment of legal fees - CTIC and Sandoval**<br>Secured by Chicago Title Insurance Company judgment in the amount of $500,000 pending appeal. | | | | **670,128.25** | **670,128.25** |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Hatch Ray Olsen, Sandberg, LLC**<br>**730 17th St Ste 200**<br>**Denver, CO  80202-3506** | | | **November 26, 2012**<br>**Legal fees - Attorneys lien on proceeds, if any, from pending lawsuit** | | | | **82,311.63** | **82,311.63** |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _____**3**___ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

<table>
<tr><td align="right">Subtotal<br>(Total of this page)</td><td>$ <b>752,439.88</b></td><td>$ <b>752,439.88</b></td></tr>
<tr><td align="right">Total<br>(Use only on last page)</td><td>$<b>12,675,183.86</b></td><td>$ <b>5,618,226.92</b></td></tr>
<tr><td></td><td>(Report also on Summary of Schedules.)</td><td>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)</td></tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** **Western Capital Partners LLC**          Case No. **13-15760 MER**

Debtor(s) (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Western Capital Partners LLC**                                          Case No. **13-15760 MER**
_____                              _____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BL Family Trust**<br>**C/O William S. Lyons, Jr.**<br>**6005 Race Court**<br>**Littleton, CO  80121** | | | **September 30, 2008**<br>**Working capital** | | | | **905,128.00** |
| ACCOUNT NO.<br><br>**Churchill Captial, Inc.**<br>**C/O Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | | | **April 30, 2009**<br>**Working Capital** | | | | **372,960.00** |
| ACCOUNT NO.<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204** | X | | **This amount is the total owed to Community Banks of Colorado in connection with a number of promissory notes secured by property which is not property of the bankruptcy estate.  As a matter of bankruptcy law, the entire debt to Community Banks of Colorado is unsecured however the debts are included in Schedule D to show the value of the underlying entities which are wholly owned by Debtor.** | | | | **9,617,478.42** |
| ACCOUNT NO.<br><br>**CPB Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | | | **November 30, 2009**<br>**Working capital** | | | | **1,990,000.00** |

_____**4**_____ continuation sheets attached

Subtotal
(Total of this page) $ 12,885,566.42

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Western Capital Partners LLC                          Case No. **13-15760 MER**
_____                    _____
           Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Don V. Bailey** <br> **C/O Triton Investment Company** <br> **7901 E Belleview Ave Ste 120** <br> **Englewood, CO 80111-6011** | | | **January 5, 2012** <br> **Working capital** | | | | **592,176.75** |
| ACCOUNT NO. <br> **Fox Rothschild, LLP** <br> **1800 Century Park E Ste 300** <br> **Los Angeles, CA 90067-1506** | | | **October 17, 2012** <br> **Legal fees** | | | | **38,673.94** |
| ACCOUNT NO. <br> **FRFWCP, LLC** <br> **7901 E Belleview Ave Ste 120** <br> **Englewood, CO 80111-6011** | | | **February 29, 2012** <br> **Trade payables** | | | | **21,337.40** |
| ACCOUNT NO. <br> **Grand Ranches, LLC** <br> **C/O Triton Investment Company** <br> **7901 E Belleview Ave Ste 120** <br> **Englewood, CO 80111-6011** | | | **October 16, 2008** <br> **Working capital** | | | | **1,416,171.00** |
| ACCOUNT NO. <br> **Jackson Park Pinnacle Plaza, LLC** <br> **C/O Rufus Cook And Barbara Revak** <br> **7411 S Stony Island Ave** <br> **Chicago, IL 60649-3613** | | | **Counterclaim in the Western Capital Partners, LLC vs. Jackson Park Pinnacle, LLC et al lawsuit.** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **Jeffrey D. Adams** <br> **7901 E Belleview Ave Ste 120** <br> **Englewood, CO 80111-6011** | | | **April 30, 2009** <br> **Working capital** | | | | **727,584.89** |
| ACCOUNT NO. <br> **MGH Family Trust, LLC** <br> **1770 E Cedar Ave** <br> **Denver, CO 80209-2624** | | | **February 6, 2012** <br> **Trade payable associated with FRFWCP, LLC** | | | | **37,278.64** |

Sheet no. **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,833,222.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                                              Case No. **13-15760 MER**
_____                                        _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pregulman Bond<br>PO Box 5521<br>Denver, CO  80217-5521 | | | September 30, 2008<br>Working capital | | | | 1,000,000.00 |
| ACCOUNT NO.<br><br>Ralph Klomp<br>6885 S University Blvd<br>Centennial, CO  80122-1514 | | | September 30, 2008<br>Working capital | | | | 1,000,000.00 |
| ACCOUNT NO.<br><br>Richard J. Samson, Chapter 7 Trustee Of The Bankruptcy Estate Of Edra Blixseth<br>310 W Spruce St<br>Missoula, MT  59802-4108 | | | Judgment in the Bankruptcy Estate of Edra Blixseth | | | X | 4,013,410.99 |
| ACCOUNT NO.<br><br>Dave Cotner, Esq.<br>Datsopoulos, MacDonald & Lind, P.C.<br>201 W Main St Ste 201<br>Missoula, MT  59802-4326 | | | Assignee or other notification for:<br>Richard J. Samson, Chapter 7 Trustee Of | | | | |
| ACCOUNT NO.<br><br>Hugh R. McCullough, Esq.<br>Davis Wright Tremaine, LLP<br>1201 3rd Ave Ste 2200<br>Seattle, WA  98101-3047 | | | Assignee or other notification for:<br>Richard J. Samson, Chapter 7 Trustee Of | | | | |
| ACCOUNT NO.<br><br>Rick A. Pederson<br>7901 E Belleview Ave Ste 120<br>Englewood, CO  80111-6011 | | | April 30, 2009<br>Working capital | | | | 297,351.92 |
| ACCOUNT NO.<br><br>Ridgeland Corporation<br>C/O Rufus Cook And Barbara Revak<br>7411 S Stony Island Ave<br>Chicago, IL  60649-3613 | | | Counterclaim in the Western Capital Partners, LLC vs. Jackson Park Pinnacle, LLC et al lawsuit. | X | X | X | unknown |

Sheet no. __**2**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **6,310,762.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                                          Case No. **13-15760 MER**
_____                        _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ridgeland East End, LLC**<br>**C/O Rufus Cook And Barbara Revak**<br>**7411 S Stony Island Ave**<br>**Chicago, IL  60649-3613** | | | **Counterclaim in the Western Capital Partners, LLC vs. Jackson Park Pinnacle, LLC et al lawsuit.** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Rockcliff Capital, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | | | **April 30, 2009**<br>**Working capital** | | | | **486,551.98** |
| ACCOUNT NO.<br><br>**Rockwell Fund, Inc.**<br>**770 S Post Oak Ln Ste 525**<br>**Houston, TX  77056-6660** | | | **August 10, 2007**<br>**Working capital** | | | | **6,000,000.00** |
| ACCOUNT NO.<br><br>**Sanctuary At Keystone, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | | | **December 31, 2012**<br>**Transfer of debt** | | | | **148,920.64** |
| ACCOUNT NO.<br><br>**Schiff Hardin, LLP**<br>**6600 Sears Tower**<br>**233 S Wacker Dr**<br>**Chicago, IL  60606-6306** | | | **January 18, 2012**<br>**Legal fees associated with Ridgeland cost** | | | | **258,232.46** |
| ACCOUNT NO.<br><br>**Turno, LLC**<br>**PO Box 5272**<br>**Denver, CO  80217-5272** | | | **September 29, 2008**<br>**Working capital** | | | | **4,000,000.00** |
| ACCOUNT NO.<br><br>**United Legal Foundation**<br>**C/O Rufus Cook And Barbara Revak**<br>**7411 S Stony Island Ave**<br>**Chicago, IL  60649-3613** | | | **Counterclaim in the Western Capital Partners, LLC vs. Jackson Park Pinnacle, LLC et al lawsuit.** | X | X | X | **unknown** |

Sheet no. **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $**10,893,705.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Western Capital Partners LLC
_____
Debtor(s)

Case No. **13-15760 MER**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**William S. Lyons, Jr.**<br>**7901 E Belleview Ave Ste 250**<br>**Englewood, CO  80111-6011** | | | **February 1, 2010**<br>**Working capital** | | | | **997,826.57** |
| ACCOUNT NO.<br><br>**WL Family Trust**<br>**7901 E Belleview Ave Ste 250**<br>**Englewood, CO  80111-6011** | | | **April 30, 2009**<br>**Working capital** | | | | **298,247.80** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,296,074.37**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **34,219,331.40**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Western Capital Partners LLC**                                        Case No. **13-15760 MER**
_____                    _____
                        Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Western Capital Partners LLC**                                      Case No. **13-15760 MER**
_____                                      _____
Debtor(s)                                                                                          (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Don V. Bailey**<br>**C/O Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**HAP Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204** |
| **Jeffrey D. Adams**<br>**1389 Green Oaks Dr**<br>**Greenwood Village, CO  80121-1330** | **CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Western Capital Partners LLC** _____   Case No. **13-15760 MER**
Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**HAP Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204** |
| **Rick A. Pederson**<br>**C/O Triton Investment Company**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011** | **CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                                  Case No. **13-15760 MER**
_____                                  _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **WL Family Trust**<br>**C/O William S. Lyons, Jr.**<br>**6005 S. Race Court**<br>**Littleton, CO 80121** | **Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**HAP Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO 80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO 80111-6011**<br><br>**CH Lending, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO 80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO 80111-6011**<br><br>**Choke Holdings, LLC**<br>**7901 E Belleview Ave Ste 120**<br>**Englewood, CO 80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO 80230-7204**<br><br>**HAP Lending, LLC** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Western Capital Partners LLC**                                    Case No. **13-15760 MER**
_____                                _____
                    Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **7901 E Belleview Ave Ste 120**<br>**Englewood, CO  80111-6011**<br><br>**Community Banks Of Colorado**<br>**7900 E 1st Ave**<br>**Denver, CO  80230-7204** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Western Capital Partners LLC**                                                    Case No. **13-15760 MER**
_____                                          _____
                    Debtor(s)                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                    Debtor

Date: _____    Signature: _____
                                                                                          (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both._ _11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President Of Manager Of Debtor** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Western Capital Partners LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 24, 2013** _____    Signature: **/s/ Jeffrey D. Adams** _____

                                        **Jeffrey D. Adams** _____
                                                                        (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only